IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | | |
|---|---|---|
| IN RE: | : | |
| ADAM M. BESTHOFF | : | |
| | : | |
| Debtor. | : | |
| | : | |
| _____ | : | |
| | : | Case No. 16-11644-RGM |
| WILLIAM MENJIVAR | : | Chapter 13 |
| | : | |
| Plaintiff, | : | |
| | : | Adversary Proceeding No. |
| v. | : | |
| | : | 16-01186-RGM |
| ADAM M. BESTHOFF, | : | |
| | : | |
| Defendant. | : | |

**ORDER**

UPON CONSIDERATION of Defendant/Debtor Adam M. Besthoff's Motion to Dismiss the Complaint pursuant to Fed. R. Bankr. P. 7012(b), the Opposition filed by Plaintiff William Menjivar, and argument before this Court, if any, the Court hereby orders the following:

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED THAT:**

1. Defendant/Debtor Adam M. Besthoff's Motion to Dismiss the Complaint filed by Plaintiff/Creditor William Menjivar is hereby **DENIED** with regards to a determination of nondischargeability pursuant to 11 U.S.C. § 523(a)(6). Plaintiff/Creditor is not proceeding under 11 U.S.C. § 523(a)(2) or (a)(4).

2. Defendant/Debtor shall answer Plaintiff/Creditor's Complaint within fourteen (14) days of entry of this Order.

1

DATED: Nov 16 2016                    /s/ Robert G. Mayer
                                      _____
                                      UNITED STATES BANKRUPTCY JUDGE

Seen and Agreed:                      Entered on Docket:Nov 17 2016

/s/Erik W. Fox
Erik W. Fox
Counsel for William Menjivar

Seen

/s/Jonathan Baird Vivona
Jonathan Baird Vivona
Counsel for Adam M. Besthoff

Copies of this order shall be sent to:

Erik W. Fox
1900 Gallows Road, Suite 700
Tysons Corner, VA 22182

Jonathan Baird Vivona
601 King Street, Suite 400
Alexandria, VA 22314

//mnt/orders/Attachments/doctopdf/alldocs/16-01186~20161116024051286.doc

2